**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 26-6025**

LAWRENCE CHARLES,

Plaintiff - Appellant,

v.

LEESBURG POLICE DEPARTMENT, Police Department; LOUDOUN COUNTY SHERIFF'S OFFICE, Law Enforcement Agency; KATHERINE GRIMLEY, Deputy; TOWN OF LEESBURG; 2 UNKNOWN POLICE OFFICERS (LEESBURG), Policemen; LORRAINE GOLDBERG,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:24-cv-00098-RDA-WEF)

Submitted: March 26, 2026                     Decided: March 31, 2026

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lawrence Charles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Charles seeks to appeal the district court's order dismissing one claim and granting him leave to file a third amended 42 U.S.C. § 1983 complaint.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Charles seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*